United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JUAN CARLOS LEMUS,

    Plaintiff,

vs.

CORRECTIONAL TRAINING FACILITY EMPLOYEES; DR. E. SULLIVAN, DR. J. LEE, RN A. COLEMAN, CMO D. JACOBSEN, B. DIXON, JANE DOES AND JOHN DOES (1-20), and DIRECTOR M. CATE (CDCR),

    Defendants.
                                                 /

No. C 11-1099 PJH (PR)

**ORDER EXTENDING TIME TO PROVIDE COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS**

       This is a civil rights case filed pro se by a state prisoner. Page five of plaintiff's application to proceed in forma pauperis ("IFP"), the "Certificate of Funds in Inmate Account," is not completed and signed by a authorized person at the prison. Page five, in addition to containing calculations of the average income and the average balance in the inmate's account, constitutes a certification that the attached printout is true and correct. The omission of page five means that the attached printout of transactions in plaintiff's inmate account is not properly certified, and in any event, the provided printout does not cover a six-month period, as required by 28 U.S.C. § 1915(a)(2).

       Plaintiff is **GRANTED** thirty days from the date this order is entered to provide a complete and proper IFP application. If he does not either pay the fee or provide a proper application, this case will be dismissed.

       **IT IS SO ORDERED.**

Dated: July 5, 2011.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

P:\PRO-SE\PJH\CR.11\LEMUS1099.IFP-EXT.wpd